# AMENDED COMPLAINT

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUL -6 P 3: 58

CLERK OF COURT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

_____

(Full name of plaintiff(s))

ANTHONY S. BASS

_____

_____

v.

Case Number: 26-C 1182

(Full name of defendant(s))

City of Milw DPW

Nick Goodwin

Karen Forleman

Deff Martinez

_____

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of ___Wisconsin___ and resides at
   (State)

   ___214 East Lloyd Stru, Milw Wi 53212___
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
   (Name)

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for *City of Milw 200 East Wells St # 404*

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.      STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.      Who violated your rights;
2.      What each defendant did;
3.      When they did it;
4.      Where it happened; and
5.      Why they did it, if you know.

The plaintiff ANTHONY BASS worked for the City of Milw W.P.W. Bridge Operator Milw, Wi From 2021 Through 2025

Sept 30th The City Fired BASS From his job after They offered him A Demotion which was excepted even though No person was injured or Killed unlike a younger

Bridge Operator WHO WAS involved with a predestrains Death while Crossings the Bridge. Because of MR. Bass age 66 at the time He was Treated much different Than The other Co. Worker

MR. Bass as a Result has suffered Cost Wages, Unemploy ment benefits for 11 months Public humiliation.

Bass wants The City of Milw Dept of Public Works to extend a more suitable Job offer, pay him Cost Wages And damage for his suffering.

The excessive False information provided by The City is Not Totally True.

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

### OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____ .

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I Request The Court To order That all Bridges should Have Cameras for the operators

Nick Goodwin and Karen Forlunza For false violations Told to them with out investigating Any statement made by Mr Bass. Terminated

A Refair Award of money for The entire disruption of Mr Bass Career Objective.

Case 2:26-cv-01182-WED    Filed 07/06/26    Page 4 of 5    Document 1

Amended Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___18 TH___ day of ___JUNE___ 20_24_.

Respectfully Submitted,

___D.E. Boyd___
Signature of Plaintiff

___414-242-5865___
Plaintiff's Telephone Number

___Rogers Stinto Comil.C.Com___
Plaintiff's Email Address

___P.O Boy 989___
___Milw, Wi 53201-0989___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)